# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| TERRANCE E. WILLIAMS,<br><br>                              Plaintiff,<br><br>  v.<br><br>NNCC, *et al.*,<br><br>                              Defendants. | 3:21-cv-00287-MMD-CSD<br><br>**ORDER**<br><br>RE:  ECF No. 32 |

Before the court is Plaintiff's Motion to Conclude Proceedings (ECF No. 32).  Plaintiff contends that Defendant Rojas "has no intention of complying with U.S. District Court Summons" and requests the court award Plaintiff "the claim amount of $599,999." (*Id.* at 2, 3.)

On April 29, 2022, the Office of the Attorney General filed its Notice of Acceptance of Service advising that the Office could not accept service on behalf of Defendant Rojas and the last known address information for Defendant Rojas would be filed under seal "in accordance with the Court's Order." (ECF No. 26 at 2.)

On May 2, 2022, the court issued its order directing the Clerk to a summons for Defendant Rojas and instructing the U.S. Marshal Service to serve Defendant Rojas with the address provided under seal. (ECF No. 29.)

Pursuant to the court's docket, the U.S. Marshal Service has not yet returned the summons for Defendant Rojas. However, the court has been advised by the U.S. Marshal Service that the paperwork has been received by the office and is currently with the deputy for service.

Based on the above, Plaintiff's Motion to Conclude Proceedings (ECF No. 32) is **<u>DENIED</u>** without prejudice as premature.

**IT IS SO ORDERED.**

DATED:  June 6, 2022.



_____
UNITED STATES MAGISTRATE JUDGE