# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| TERRANCE E. WILLIAMS,<br><br>                    Plaintiff,<br><br>v.<br><br>NNCC, *et al.*,<br><br>                    Defendants. | 3:21-cv-00287-MMD-CSD<br><br>**ORDER**<br><br>Re: ECF No. 46 |

Before the court is Plaintiff's "Motion to Verify Meaning of Document 43 – Filed 7/7/22." (ECF No. 46.) Plaintiff states that he does not understand why defendant Rojas would be dismissed and that "it falls on the District Attorney to serve the Defendants within the alotted (sic) time period." (*Id.* at 1.)

On April 29, 2022, the Office of the Attorney General filed its Notice of Acceptance of Service advising that the Office could not accept service on behalf of defendant Rojas and the last known address information for defendant Rojas would be filed under seal in accordance with the court's order. (ECF No. 26.)

On May 2, 2022, the court issued its Order Regarding Service of Process. (ECF No. 29.) The Clerk was instructed to issue a summons for defendant Sergio Rojas and Plaintiff was given until May 20, 2022, to complete the USM-285 form and return the same to the U.S. Marshal to serve defendant Rojas.

On July 6, 2022, the U.S. Marshal returned the summons unexecuted as to defendant Rojas with the notation "no USM-285 received." (ECF No. 42 at 2.) It appears that Plaintiff did not send in the completed USM-285 form as instructed in the court's order of May 2, 2022.

On July 7, 2022, the court issued a notice of its intent to dismiss Rojas for lack of service under Federal Rule of Civil Procedure 4(m). (ECF No. 43.) The notice advised Plaintiff that he had up to and including August 6, 2022, to provide proof of service as to Rojas.

Plaintiff is advised that it is *his* responsibility to complete service within the allotted time under Rule 4(m), and not the responsibility of the Attorney General's Office. *See* Fed. R. Civ. P. 4(c)(1) ("The plaintiff is responsible for having the summons and complaint served within the time allowed by Rule 4(m) and must furnish the necessary copies to the person who makes service.")

**IT IS HEREBY ORDERED t**he Clerk shall **re-issue** a summons for Sergio Rojas and send the same to the U.S. Marshal with the address provided under seal. (ECF No. 27.) The Clerk shall also **send** one (1) copy of the First Amended Complaint, (ECF No. 7), the screening order, (ECF No. 8), and this Order to the U.S. Marshal for service on Rojas.

**IT IS FURTHER ORDERED** that the Clerk shall send to Plaintiff one (1) USM-285 form. **Plaintiff has until <u>Friday, July 29, 2022</u>, to complete the USM-285 service form and return it to the U.S. Marshal, 400 South Virginia Street, 2nd Floor, Reno, Nevada 89501.**

**IT IS FURTHER ORDERED** that Plaintiff shall have an extension up to and including **September 9, 2022**, to complete service as to defendant Rojas. If Plaintiff fails to comply with this order, the above-named defendant may be dismissed without prejudice for failure to complete service of process under Rule 4(m).

DATED: July 13, 2022.



_____
UNITED STATES MAGISTRATE JUDGE