# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| TERRANCE E. WILLIAMS,<br><br>　　　　　　　　　　Plaintiff,<br><br>　v.<br><br>NNCC, *et al.*,<br><br>　　　　　　　　　　Defendants. | 3:21-cv-00287-MMD-CSD<br><br>**ORDER**<br><br>RE:  ECF No. 49 |

Before the court is Plaintiff's Motion to Submit Response to Document 47 per USM-285 (ECF No. 49). Although difficult to understand, it appears Plaintiff has not received "USM-285 documents" per the court's order of July 13, 2022 (ECF No. 47).

**IT IS HEREBY ORDERED** that the Clerk of Court shall re-send Plaintiff one (1) USM-285 form. **Plaintiff shall have to and including <u>Friday, August 5, 2022</u>, to complete the USM-285 service form and return it to the U.S. Marshal, 400 South Virginia Street, 2nd Floor, Reno, Nevada 89501**.

Plaintiff is reminded that he has until September 9, 2022, to complete service as to Defendant Rojas. If Plaintiff fails to comply, Defendant Rojas may be dismissed without prejudice for failure to complete service of process under Rule 4(m).

DATED:  July 20, 2022.



　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE