# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| TERRANCE E. WILLIAMS,<br><br>                       Plaintiff,<br>  v.<br><br>NNCC, *et al.*,<br><br>                       Defendants. | 3:21-cv-00287-MMD-CSD<br><br>**ORDER**<br><br>RE:  ECF No. 58 |

      Before the court is Plaintiff's Motion for Entry of Default (ECF No. 58). Plaintiff claims that Defendant Sergio Rojas failed to file a response to Plaintiff's amended complaint, and requests a default be entered against the Defendant.

      Pursuant to the court's docket, the United States Marshal served Defendant Rojas on August 30, 2022. (ECF No. 56.) Therefore, Defendant's answer is not due until September 20, 2022.

      Based on the above, Plaintiff's Motion for Entry of Default (ECF No. 58) is **DENIED**.

      **IT IS SO ORDERED.**

      DATED: September 19, 2022.

                                                            _____
                                                            UNITED STATES MAGISTRATE JUDGE