# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| TERRANCE E. WILLIAMS,<br><br>　　　　　　　　　　Plaintiff,<br><br>　v.<br><br>NNCC, *et al.*,<br><br>　　　　　　　　　　Defendants. | 3:21-cv-00287-MMD-CSD<br><br>**ORDER**<br><br>Re: ECF No. 61 |

　　　　Before the court is Defendants' Notice to the Court Re: Service on Proposed Defendant Sergio Rojas (ECF No. 61). Defendants advise that "Plaintiff attempted to serve Rojas at the Nevada Department of Corrections (NDOC), which service was accepted by an employee of the NDOC. However, Rojas was not an employee on that date (August 30, 2022), and it is counsel's understanding that Rojas has not been employed by the NDOC since March 1, 2022. As such, service was not proper through his prior employer." (*Id.* at 2.)

　　　　It appears from the docket that the U.S. Marshal returned the proof of service indicating that the Summons was served on "Veronica Santoyo, which is designated by law to accept service of process on behalf of HR NDOC on 8/30/22." (ECF No. 56 at 2.) As reflected above, Defendant Rojas should have been served at his last known address which was filed under seal by the Attorney General's Office on April 29, 2022 (ECF No. 27).

　　　　**IT IS HEREBY ORDERED t**he Clerk shall **re-issue** a summons for Sergio Rojas and send the same to the U.S. Marshal with Defendant's address provided under seal. (ECF No. 27.) The Clerk

1

shall also send one (1) copy of the First Amended Complaint, (ECF No. 7), the screening order, (ECF No. 8), and this Order to the U.S. Marshal for service on the Defendant. **The court will separately provide to the U.S. Marshal the completed USM-285 form for Defendant Rojas.**

  **IT IS FURTHER ORDERED** that Plaintiff shall have an extension up to and including **Friday, October 21, 2022**, to complete service as to Defendant Rojas.

  DATED: September 20, 2022.



            UNITED STATES MAGISTRATE JUDGE