# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| TERRANCE E. WILLIAMS,<br><br>                              Plaintiff,<br><br>  v.<br><br>NNCC, *et al.*,<br><br>                            Defendants. | 3:21-cv-00287-MMD-CSD<br><br>**ORDER**<br><br>Re: ECF No. 69 |

Before the court is Plaintiff's Reply to Joinder to Answer of Defendant Sergio Rojas (ECF No. 69).

Neither the Federal Rules of Civil Procedure nor the Local Rules of Practice permit the filing of a reply to an answer. *See* Fed. R. Civ. P. 7(a).

Therefore, Plaintiff's Reply to Joinder to Answer of Defendant Sergio Rojas (ECF No. 69) is **<u>STRICKEN</u>**.

**IT IS SO ORDERED.**

DATED: October 19, 2022.

                                                                              UNITED STATES MAGISTRATE JUDGE