# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| TERRANCE E. WILLIAMS,<br><br>　　　　　　　　　Plaintiff,<br>　v.<br>NNCC, *et al.*,<br><br>　　　　　　　　　Defendants. | 3:21-cv-00287-MMD-CSD<br><br>**ORDER**<br><br>RE: ECF No. 78 |

Before the court is Plaintiff's Motion for Settlement Conference (ECF No. 78). Defendants filed a Notice of Non-Opposition to Plaintiff's Motion for Settlement Conference (ECF No. 80).

**IT IS HEREBY ORDERED** that Plaintiff's Motion for Settlement Conference (ECF No. 78) is **GRANTED**. The Courtroom Administrator shall calendar a settlement conference as soon as the court's calendar will accommodate it.

**IT IS FURTHER ORDERED** that the new deadlines relative to the Scheduling Order are as follows:

Dispositive motions shall be filed and served no later than **March 10, 2023**.
The Joint Pretrial Order shall be filed no later than **April 10, 2023**. If a dispositive motion is filed, the Joint Pretrial Order shall be due **thirty (30) days** after a decision on the dispositive motion.

DATED: January 4, 2023.

_____
UNITED STATES MAGISTRATE JUDGE