1  AARON D. FORD
     Attorney General
2  SAMUEL L. PEZONE, JR. (Bar No. 15978)
     Deputy Attorney General
3  State of Nevada
   Office of the Attorney General
4  555 E. Washington Ave., Ste. 3900
   Las Vegas, Nevada 89101
5  (702) 486-4070 (phone)
   (702) 486-3773 (fax)
6  Email: spezone@ag.nv.gov

7  *Attorneys for Defendants*
   *Kelvin Bicason, Adam Brendel,*
8  *Michael Hodge and Sergio Rojas*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| TERRANCE E. WILLIAMS,<br><br>　　　　Plaintiff,<br><br>v.<br><br>NNCC, *et al.*,<br><br>　　　　Defendants. | Case No. 3:21-cv-00287-MMD-CSD<br><br>**STIPULATION AND ORDER TO DISMISS WITH PREJUDICE** |

Plaintiff, Terrance E. Williams, and Defendants Kelvin Bicason, Michael Hodge, Adam Brendel, and Sergio Rojas, by and through counsel, Aaron D. Ford, Nevada Attorney General, and Samuel L. Pezone Jr., Deputy Attorney General, hereby stipulate and agree, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), that this case be dismissed with prejudice.

///
///
///
///
///
///
///
///

The parties further stipulate and agree that the parties are to bear their own attorney's fees and costs. As the parties have resolved this matter in its entirety, the Court may close this case. Any outstanding deadlines are considered moot.

DATED this 1st day of February, 2023.

By: _____
Terrance E. Williams, #93697
Plaintiff, Pro Se

DATED this 1st day of February, 2023.

AARON D. FORD
Attorney General

By: /s/ Samuel L. Pezone, Jr.
Samuel L. Pezone Jr. (Bar No. 15978)
Deputy Attorney General
*Attorneys for Defendants*

IT IS SO ORDERED.

_____
UNITED STATES ~~MAGISTRATE~~ JUDGE
DISTRICT

DATED: March 3, 2023